**Order entered January 24, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01386-CR

### ASHLEY DANIELLE SIEBERT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 6
Dallas County, Texas
Trial Court Cause No. MA16-59378-G**

## ORDER

Before the Court is court reporter Trisha Phillips January 23, 2019 second request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before March 1, 2019. Ms. Phillips is cautioned that further extensions are disfavored.

/s/     LANA MYERS
        JUSTICE